**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Kashaun Banks, Appellant.

Appellate Case No. 2013-001036

Appeal From Charleston County
Kristi Lea Harrington, Circuit Court Judge

Unpublished Opinion No. 2014-UP-479
Heard December 11, 2014 – Filed December 23, 2014

**AFFIRMED**

Blakely Lynn Molitor, of Collins & Lacy, PC, and Chief Appellate Defender Robert Michael Dudek, both of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Senior Assistant Attorney General David A. Spencer, and Assistant Attorney General Kristin M. Simons, all of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.

**PER CURIAM:**  Kashaun Banks appeals his conviction for armed robbery, arguing the trial court erred in finding his confession was admissible evidence.  We affirm pursuant to Rule 220(b), SCACR, and the following authorities:  *State v. Moses*, 390 S.C. 502, 511, 702 S.E.2d 395, 400 (Ct. App. 2010) ("[M]aking a motion *in limine* to exclude evidence at the beginning of trial does not preserve an issue for review because a motion *in limine* is not a final determination.  The moving party, therefore, must make a contemporaneous objection when the evidence is introduced." (alteration in original) (quoting *State v. Forrester*, 343 S.C. 637, 642, 541 S.E.2d 837, 840 (2001)) (internal quotation marks omitted)); *State v. Smith*, 337 S.C 27, 32, 522 S.E.2d 598, 600 (1999) (holding unless an objection is made at the time the evidence is offered and a final ruling made, the issue is not preserved for review).

**AFFIRMED.**

**FEW, C.J., and THOMAS and LOCKEMY, JJ., concur.**